UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDRES AYALA, et al.,

                          Plaintiff,

        v.

WINCO HOLDINGS, INC.,

                          Defendant.

CASE NO. C25-5653 BHS

ORDER

THIS MATTER is before the Court on plaintiff Ayala's motion for reconsideration, Dkt. 33, of this Court's Order, Dkt. 30, granting Winco's motion to dismiss Ayala's willful wage withholding claim.

The Court cannot grant a motion for reconsideration unless the opposing party has an opportunity to file a response. Local Civil Rule (LCR) 7(h). Accordingly, it is the Court's usual practice to request a response to a motion for reconsideration.

Winco may file a response by June 10, 2026. The motion for reconsideration, Dkt. 33, is therefore **RE-NOTED** for June 10, 2026.

IT IS SO ORDERED.

//

ORDER - 1

Dated this 26th day of May, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2