**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| ANDRES AYALA, | Case No. 3:25-CV-05653-BHS |
| Plaintiff, | **DECLARATION OF MATTHEW KELLY IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION** |
| v. | |
| WINCO HOLDINGS, INC., | |
| Defendant. | |

I, Matthew Kelly, hereby declare as follows:

1.      I am one of the attorneys representing Defendant WinCo Holdings, Inc. ("WinCo") in the above-captioned matter. I have personal knowledge of the facts stated in this declaration and am competent to testify to these facts if called upon to do so.

2.      Attached as **Exhibit A** is a true and correct copy of a letter from WinCo to Justice Law Corporation dated April 8, 2025

3.      Attached as **Exhibit B** is a true and correct copy of an excerpt from Plaintiff Andres Ayala's personnel file.

I declare under penalty of perjury under the laws of the United States and State of Washington that the foregoing is true and correct.

EXECUTED at Seattle, Washington, this 10th day of June, 2026.

DECLARATION OF MATTHEW KELLY – 1

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

326504004v.1

*/s/Matthew Kelly*
Matthew Kelly, WSBA #48050

DECLARATION OF MATTHEW KELLY - 2

326504004v.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2026, I caused a true and correct copy of the foregoing to be filed via the CM/ECF system, and to be served upon the following, via the method(s) indicated below:

Dean L. Petitta, WSBA No. 58295
Shunt Tatavos-Gharajeh, WSBA No. 59424
Douglas Han, WSBA No. 59429
Justice Law Corporation
751 North Fair Oaks Avenue, Suite 101
Pasadena, California 91103
P:  (818) 230-7502
dpetitta@justicelawcorp.com
statavos@justicelawcorp.com
dhan@justicelawcorp.com

*Attorneys for Plaintiff*

☐ via U.S. Mail, Postage Prepaid
☐ via Messenger Service
☒ via USDC Western WA CM/ECF
☐ via Email:

DATED this 10th day June, 2026, at Seattle, Washington.

_/s/Matthew Kelly_
Matthew Kelly, Attorney

CERTIFICATE OF SERVICE

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

326504004v.1